**THE WESTON FIRM**
GREGORY S. WESTON (239944)
888 Turquoise Street
San Diego, CA 92109
Telephone: (858) 488-1672
Facsimile: (480) 247-4553
greg@westonfirm.com

JACK FITZGERALD (257370)
2811 Sykes Court
Santa Clara, CA 95051
Telephone: (408) 459-0305
Facsimile: (480) 247-4553
jack@westonfirm.com

<u>Counsel for Plaintiff and the Proposed Class</u>

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUART LOGAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC. and AT&T MOBILITY LLC,<br><br>Defendants. | Case No: 4:10-cv-02588-CW<br><br>**NOTICE OF TERMINATION OF BECK & LEE BY PLAINTIFF STUART LOGAN AND [PROPOSED] ORDER**<br><br>The Honorable Claudia Wilken |

---

*STUART LOGAN V. APPLE, INC. ET AL.*, No. 4:10-CV-02588-CW
TERMINATION OF REPRESENTATION

1  I am the Plaintiff in the above-captioned action and hereby terminate Beck & Lee
2  Business Trial Lawyers, and its attorneys, Jared H. Beck and Elizabeth Lee Beck, as my
3  attorneys of record in this matter. Beck & Lee's business address is 28 West Flagler Street, Suite
4  555, Miami, FL 33130. From this date forward, my only attorneys of record in this case are
5  Gregory S. Weston and Jack Fitzgerald, and The Weston Firm, whose business address is 888
6  Turquoise Street, San Diego, CA 92109.

Dated: 8-13-2010

_____
Stuart Logan

IT IS HEREBY ORDERED

The record shall reflect that Plaintiff's attorneys of record are Gregory S. Weston and Jack Fitzgerald, of The Weston Firm. Plaintiff's request to terminate as attorneys of record Jared H. Beck and Elizabeth Lee Beck, of Beck & Lee is granted.

As Jared H. Beck and Elizabeth Lee Beck no longer represent any parties in this action, the Clerk is directed to remove Jared H. Beck and Elizabeth Lee Beck from the ECF Notification list.

Dated: 8/24/2010

_____
Honorable Claudia Wilken
U.S. District Judge
Northern District CA

1

*Stuart Logan v. Apple, Inc. et al.*, No. 4:10-cv-02588-CW
TERMINATION OF REPRESENTATION

1  DATED:   August 16, 2010              Respectfully submitted,

2                                         /s/ Jack Fitzgerald
                                          **THE WESTON FIRM**
3
                                          Gregory S. Weston
4                                         888 Turquoise Street
                                          San Diego, CA 92109
5                                         Telephone: 858 488 1672
                                          Facsimile: 480 247 4553
6                                         greg@westonfirm.com

7
                                          Jack Fitzgerald
8                                         2811 Sykes Court
                                          Santa Clara, CA 95051
9                                         Telephone: (408) 459-0305
                                          jack@westonfirm.com
10

11                                        *Attorneys for Plaintiffs*

*Stuart Logan v. Apple, Inc. et al.*, No. 4:10-cv-02588-CW
TERMINATION OF REPRESENTATION