M. Kay Martin (CSB No. 154697)
mmartin@crowell.com
Joel D. Smith (CSB No. 244902)
jsmith@crowell.com
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Kathleen Taylor Sooy (pro hac vice)
ksooy@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for AT&T Mobility LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| STUART LOGAN, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE, INC. and AT&T MOBILITY LLC,<br><br>Defendants. | Case No. 3:10-cv-02588-CW<br><br>**STIPULATION AND ORDER CONTINUING HEARING TO OCTOBER 28, 2010, AND SETTING BRIEFING SCHEDULE ON AT&T MOBILITY LLC'S MOTION TO COMPEL ARBITRATION AND TO DISMISS CLAIMS, OR IN THE ALTERNATIVE, TO STAY CASE**<br><br>[N.D. CAL. CIVIL L.R. 6-1(b)]<br><br>The Hon. Claudia Wilken<br><br>Complaint filed:  June 11, 2010 |

1  Plaintiff Stuart Logan ("Plaintiff") and defendant AT&T Mobility LLC ("ATTM"), by
2  and through their respective attorneys, hereby stipulate as follows:
3  WHEREAS, on June 11, 2010, plaintiffs filed their Complaint in the above-captioned
4  case;
5  WHEREAS, pursuant to June 30, 2010 and July 28, 2010 stipulations, ATTM's time to
6  respond to the Complaint was extended to August 16, 2010;
7  WHEREAS, on August 16, 2010, ATTM filed a Motion To Compel Arbitration And To
8  Dismiss Claims Or, In The Alternative, To Stay The Case ("Motion To Compel"), which
9  currently is noticed for a hearing on October 14, 2010;
10  WHEREAS, plaintiffs and ATTM desire to continue the hearing date to October 28, 2010
11  and agree to a briefing schedule;
12  WHEREAS, the stipulated briefing schedule will not alter the date of any event or
13  deadline already fixed by the Court.
14  THEREFORE, plaintiff and ATTM STIPULATE as follows:
15  1.  Plaintiff's brief in opposition to the Motion to Compel shall be filed no later than
16  October 3, 2010.
17  2.  ATTM's reply brief in support of the Motion to Compel shall be filed no later than
18  October 14, 2010.
19  3.  Except as set forth above, all Local Rules shall remain in effect with respect to the
20  briefing on the Motion to Compel.  Entering into this stipulation does not constitute a waiver of
21  any defense under Federal Rule of Civil Procedure 12.
22  IT IS SO STIPULATED.
23  Dated:  September 10, 2010                    CROWELL & MORING LLP
24                                              By:    /s/ M. Kay Martin
25                                                  M. Kay Martin
                                                    Attorneys for Defendant
26                                                  AT&T Mobility LLC
27
28

| | |
|---|---|
| 1  Dated:  September 10, 2010 | GREGORY S. WESTON |
| 2 | JACK FITZGERALD |
|   | THE WESTON FIRM |
| 3 | By:   /s/ Gregory S. Weston |
| 4 | Gregory S. Weston |
|   | Attorneys for Plaintiff |

I, M. Kay Martin, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, section X.B., I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

By:   /s/ M. Kay Martin
M. Kay Martin

**ORDER**

Pursuant to Stipulation, SO ORDERED.

Dated: 9/14/2010                    The Honorable Judge Claudia Wilken
U. S. District Court