M. Kay Martin (CA Bar No. 154697)
mmartin@crowell.com
Joel D. Smith (CA Bar No. 244902)
jsmith@crowell.com
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone:    (415) 986-2800
Facsimile:    (415) 986-2827

Kathleen Taylor Sooy (pro hac vice)
ksooy@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:    (202) 624-2500
Facsimile:    (202) 628-5116

Donald M. Falk (CA Bar No. 150256)
dfalk@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone:    (650) 331-2000
Facsimile:    (650) 331-2060

Attorneys for Defendant
AT&T Mobility LLC

*E-FILED - 11/4/10*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| STUART LOGAN, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>APPLE INC. and AT&T MOBILITY, LLC,<br><br>        Defendants. | Case No. CV 10-02588-RMW<br><br>STIPULATION REGARDING MOTION TO COMPEL ARBITRATION, DISCOVERY AND DEFERRAL OF RESPONSIVE PLEADING OF AT&T MOBILITY LLC; [] ORDER<br><br>Honorable Ronald M. Whyte |

STIPULATED MOTION FOR DEFERRAL OF PROCEEDINGS AGAINST
DEFENDANT AT&T MOBILITY LLC, CASE NO. CV 10-02588-RMW

DCACTIVE-13726915.1

1  WHEREAS, on June 11, 2010, Plaintiff Stuart Logan filed the complaint in this action
2  (*see* Complaint, Dkt. No. 1);
3  WHEREAS, on October 1, 2010, Defendant AT&T Mobility LLC ("ATTM") moved to
4  compel arbitration of the Plaintiff's claims or, in the alternative, to stay the case (*see* Motion to
5  Compel Arbitration, Dkt. No. 32); Plaintiff filed an opposition to the motion on October 15,
6  2010 (*see* Opposition to Motion to Compel Arbitration, Dkt. No. 37); and Defendant filed a reply
7  in support of the motion on October 22, 2010 (*see* Reply, Dkt. No. 38);
8  WHEREAS the Supreme Court has granted certiorari in *AT&T Mobility LLC v.*
9  *Concepcion*, No. 09-893, in order to decide certain issues pertinent to ATTM's arbitration
10 clause;
11 WHEREAS, on October 18, 2010, the Court denied ATTM's motion to compel
12 arbitration without prejudice in *Weisblatt v. Apple Inc.*, No. CV 10-02553-RMW, and further
13 denied a complete stay of proceedings while "limit[ing] discovery to written discovery relevant
14 to claims against [co-defendant] Apple pending a decision in *Concepcion*"  (*Weisblatt* Order at
15 6-7);
16 WHEREAS, the Court recognized in its October 18, 2010 Order in *Weisblatt* that the
17 plaintiffs' "claims with respect to ATTM will likely be affected by the Supreme Court's decision
18 in *Concepcion*," as "the Supreme Court will speak directly to the class action waiver issue in
19 *Concepcion*" (*Weisblatt* Order at 5-7), and *Concepcion* may similarly affect Logan's claims with
20 respect to ATTM;
21 WHEREAS, on November 9, 2010, the Supreme Court will hear arguments in
22 *Concepcion*, and the Supreme Court will decide *Concepcion* this Term;
23 WHEREAS, this Court has authority to reschedule proceedings involving ATTM
24 pending the resolution of *Concepcion* (*see* Fed. R. Civ. P. 6(b));
25 WHEREAS, the parties agree that the relief granted by the Court in *Weisblatt* is
26 warranted here; and
27 WHEREAS, the parties agree that the hearing scheduled to address the motion to compel
28

1
STIPULATED MOTION FOR DEFERRAL OF PROCEEDINGS AGAINST
DEFENDANT AT&T MOBILITY LLC, CASE NO. CV 10-02588-RMW

DCACTIVE-13726915.1

1 | arbitration scheduled for November 5, 2010, should be vacated.

2 | It is hereby stipulated and ORDERED as follows:

3 | 1. ATTM's motion to compel arbitration and to dismiss claims or, in the alternative,
4 | to stay case is denied without prejudice.

5 | 2. Discovery shall be limited to written discovery relevant to claims against Apple
6 | pending a decision in *Concepcion*.

7 | 3. ATTM's time to respond to the complaint is extended to December 6, 2010.

8 | 4. The hearing scheduled for November 5, 2010 is vacated.

Dated:  November 4, 2010                    MAYER BROWN LLP

By: /s/ Donald M. Falk
Donald M. Falk (CA Bar No. 150256)
dfalk@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

M. Kay Martin (CA Bar No. 154697)
mmartin@crowell.com
Joel D. Smith (CA Bar No. 244902)
jsmith@crowell.com
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone:   (415) 986-2800
Facsimile:    (415) 986-2827

Kathleen Taylor Sooy (pro hac vice)
ksooy@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:   (202) 624-2500
Facsimile:    (202) 628-5116

*Of counsel:*
Evan M. Tager
Archis A. Parasharami
MAYER BROWN LLP
1999 K Street, N.W.

2

|   |   |
|---|---|
| 1 | Washington, DC 20006 |
|   | Tel: (202) 263-3000 |
| 2 | Fax: (202) 263-3300 |

THE WESTON FIRM

By: /s/ Jack Fitzgerald
Jack Fitzgerald
Gregory S. Weston
888 Turquoise Street
San Diego, CA 92109
jack@westonfirm.com
greg@westonfirm.com
Telephone: (858) 488-1672
Facsimile: (480) 247-4553

*Counsel for Plaintiff Stuart Logan*

I, Kevin P. O'Brien, am the ECF user whose ID and password are being used to file this Stipulation Regarding Motion to Compel Arbitration, Discovery and Deferral of Responsive Pleading of AT&T Mobility LLC; [Proposed] Order. In compliance with General Order 45.X.B, I hereby attest that all signatories have concurred in this filing.

Dated: November 4, 2010           CROWELL & MORING LLP

                                  By: /s/ Kevin P. O'Brien
                                  Kevin P. O'Brien (CA Bar No. 215148)

**ORDER**

Good cause appearing, the above stipulation between plaintiff Stuart Logan and defendant AT&T Mobility LLC to defer proceedings in this Court against ATTM pending the resolution of *AT&T Mobility LLC v. Concepcion* is hereby adopted by the Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 4 day of November, 2010.

*/s/ Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Court

STIPULATED MOTION FOR DEFERRAL OF PROCEEDINGS AGAINST
DEFENDANT AT&T MOBILITY LLC, CASE NO. CV 10-02588-RMW

DCACTIVE-13726915.1