M. Kay Martin (CA Bar No. 154697)
mmartin@crowell.com
Joel D. Smith (CA Bar No. 244902)
jsmith@crowell.com
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone:     (415) 986-2800
Facsimile:     (415) 986-2827

Kathleen Taylor Sooy (pro hac vice)
ksooy@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:     (202) 624-2500
Facsimile:     (202) 628-5116

Attorneys for Defendant
AT&T Mobility LLC

*E-FILED - 11/17/10*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| STUART LOGAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC. and AT&T MOBILITY, LLC,<br><br>Defendants. | Case No. CV 10-02588-RMW<br><br>STIPULATION AND []<br>ORDER CONTINUING NOVEMBER 19, 2010 CASE MANAGEMENT CONFERENCE TO DECEMBER 17, 2010<br><br>Honorable Ronald M. Whyte |

1      WHEREAS, the parties are currently scheduled to appear for a Case Management

2  Conference in this action on Friday, November 19, 2010, at 10:30 a.m.;

3      WHEREAS, this Court has related this action to *Weisblatt v. Apple Inc.*, No. CV 10-

4  02553-RMW, and there is a Case Management Conference in *Weisblatt* scheduled for Friday,

5  December 17, 2010, at 10:30 a.m.;

6      WHEREAS, this Court has issued similar orders in this action and in *Weisblatt* limiting

7  discovery to written discovery relevant to claims against defendant Apple Inc. pending a decision

8  by the Supreme Court in *AT&T Mobility LLC v. Concepcion*, No. 09-893;

9      WHEREAS, on November 4, 2010, defendant Apple Inc. filed Motions to Consolidate

10  the *Weisblatt* and *Logan* actions as well as a third related case pending in this Court (*Osetek v.*

11  *Apple Inc.*, No. 5:10-cv-04253-RMW), which motions are set for hearing on January 7, 2011;

12      WHEREAS, the parties agree that in the interest of efficiency the Case Management

13  Conference in this action should be continued to Friday, December 17, 2010, at 10:30 a.m., so

14  that it may occur at the same time as the Case Management Conference in *Weisblatt.*

15      THEREFORE, the parties hereby stipulate as follows:

16      The Case Management Conference Scheduled for Friday, November 19, 2010, at 10:30

17  a.m. is, hereby, continued to Friday, December 17, at 10:30 a.m.

18  Dated:  November 11, 2010      CROWELL & MORING LLP

19

20            By: /s/ M. Kay Martin
               M. Kay Martin (CA Bar No. 154697)

21             mmartin@crowell.com
               Joel D. Smith (CA Bar No. 244902)

22             jsmith@crowell.com
               CROWELL & MORING LLP

23             275 Battery Street, 23rd Floor
               San Francisco, CA 94111

24             Telephone:    (415) 986-2800
               Facsimile:    (415) 986-2827

25

26             Kathleen Taylor Sooy (pro hac vice)
               ksooy@crowell.com

27             CROWELL & MORING LLP
               1001 Pennsylvania Avenue, NW

28             Washington, DC 20004

STIPULATION AND [] ORDER CONTINUING NOVEMBER 19, 2010 CASE MANAGEMENT
CONFERENCE TO DECEMBER 17, 2010; CASE NO. CV 10-02588-RMW
sf-2918876
DCACTIVE-13771615.1

| | |
|---|---|
| 1 | Telephone:    (202) 624-2500 |
| | Facsimile:    (202) 628-5116 |
| 2 | |
| | *Counsel for Defendant AT&T Mobility LLC* |
| 3 | |
| | MORRISON & FOERSTER LLP |
| 4 | |
| | By: /s/ Stuart C. Plunkett |
| 5 | Stuart C. Plunkett (CA Bar No. 187971) |
| | splunkett@ mofo.com |
| 6 | Penelope A.  Preovolos (CA Bar No. 87607) |
| | ppreovolos@mofo.com |
| 7 | Andrew D. Muhlback (CA Bar No. 175694) |
| | amuhlback@mofo.com |
| 8 | Heather Moser (CA Bar No. 212686) |
| | hmoser@mofo.com |
| 9 | 425 Market Street |
| | San Francisco, CA 94105 |
| 10 | Telephone:    (415) 268-7000 |
| | Facsimile:     (415) 268-7522 |
| 11 | |
| 12 | *Counsel for Defendant Apple Inc.* |
| 13 | THE WESTON FIRM |
| 14 | |
| 15 | By:  /s/ Jack Fitzgerald |
| | Jack Fitzgerald |
| 16 | Gregory S. Weston |
| | 888 Turquoise Street |
| 17 | San Diego, CA 92109 |
| | jack@westonfirm.com |
| 18 | greg@westonfirm.com |
| | Telephone: (858) 488-1672 |
| 19 | Facsimile: (480) 247-4553 |
| 20 | |
| 21 | *Counsel for Plaintiff Stuart Logan* |

I, Kevin P. O'Brien, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Case Management Conference.  In compliance with General Order 45.X.B, I hereby attest that all signatories have concurred in this filing.

Dated:  November 11, 2010          CROWELL & MORING LLP

By: /s/ Kevin P. O'Brien
Kevin P. O'Brien (CSB No. 215148)

2

STIPULATION AND [] ORDER CONTINUING NOVEMBER 19, 2010 CASE MANAGEMENT
CONFERENCE TO DECEMBER 17, 2010; CASE NO. CV 10-02588-RMW
sf-2918876
DCACTIVE-13771615.1

1

**ORDER**

2

Good cause appearing, the above stipulation to continue the Case Management

3

Conference currently scheduled for Friday, November 19, 2010, at 10:30 a.m., to Friday,

4

December 17, at 10:30 a.m., is hereby adopted by the Court.

5

PURSUANT TO STIPULATION, IT IS SO ORDERED.

6

DATED this 17 day of November, 2010.

7

8

_Ronald M. Whyte_

9
_____

Hon. Ronald M. Whyte
United States District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION AND [ ORDER CONTINUING NOVEMBER 19, 2010 CASE MANAGEMENT
CONFERENCE TO DECEMBER 17, 2010; CASE NO. CV 10-02588-RMW
sf-2918876
DCACTIVE-13771615.1