1  Michael W. Sobol (State Bar No. 194857)
   msobol@lchb.com
2  Roger N. Heller (State Bar No. 215348)
   rheller@lchb.com
3  Allison Elgart (State Bart No. 241901)
   aelgart@lchb.com
4  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
5  San Francisco, CA  94111-3339
   Telephone:  (415) 956-1000
6  Facsimile:  (415) 956-1008            *E-FILED - 12/15/10*

7  *Attorneys for Weisblatt Plaintiffs*

8  [Additional Counsel listed on signature page]

9              **UNITED STATES DISTRICT COURT**

10       **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| ADAM WEISBLATT, JOE HANNA, and DAVID TURK, individually and on behalf of all others similarly situated, | Case No. 5:10-cv-02553-RMW |
| Plaintiffs, | **STIPULATION AND [] ORDER FOR CONSOLIDATION PURSUANT TO FED. R. CIV. P. 42** |
| v. | |
| APPLE INC., AT&T MOBILITY LLC, and Does 1-10, | |
| Defendants. | |
| STUART LOGAN, on behalf of himself and all others similarly situated, | Case No. 5:10-cv-02588-RMW |
| Plaintiff, | |
| v. | |
| APPLE INC. and AT&T MOBILITY LLC, | |
| Defendants, | |
| COLETTE OSETEK, individually and on behalf of all others similarly situated, | Case No. 5:10-cv-04253-RMW |
| Plaintiff, | |
| v. | |
| APPLE INC., | |
| Defendant, | |

CASE NOS. 5:10-cv-02553-RMW, 5:10-cv-2588-RMW, 5:10-cv-4523-RMW
STIPULATION AND [] ORDER FOR CONSOLIDATION

1  WHEREAS, *Weisblatt et. al v. Apple Inc. et al.* (N.D. Cal. Case No. 5:10-cv-02553-
2  RMW) (the "*Weisblatt*" action") was filed on June 9, 2010, naming as defendants Apple Inc.
3  ("Apple"), AT&T Inc., and AT&T Mobility LLC ("AT&T Mobility");

4  WHEREAS, plaintiffs in the *Weisblatt* action filed their First Amended Complaint on
5  June 23, 2010;

6  WHEREAS, by stipulated Order dated September 22, 2010, defendant AT&T Inc. was
7  dismissed from the *Weisblatt* action without prejudice;

8  WHEREAS, *Logan v. Apple Inc. et. al.* (N. D. Cal. Case No. 5:10-cv-02588-RMW) (the
9  "*Logan* action") was filed on June 11, 2010, naming as defendants Apple and AT&T Mobility;

10  WHEREAS, by Order dated September 14, 2010, this Court related the *Logan* action to
11  the *Weisblatt* action;

12  WHEREAS, pursuant to the Stipulation And Order Regarding Motion To Compel
13  Arbitration, Discovery And Deferral Of Responsive Pleading Of AT&T Mobility LLC, dated
14  November 4, 2010 (*Logan* Dkt. No. 41), AT&T Mobility's time to respond to the *Logan*
15  complaint was extended to December 6, 2010;

16  WHEREAS, pursuant to the Order Granting Motion of AT&T Mobility LLC For An
17  Extension Of Time To Respond To The First Amended Complaint, dated November 15, 2010
18  (*Weisblatt* Dkt. No. 61), AT&T Mobility's time to respond to the *Weisblatt* First Amended
19  Complaint was extended to December 6, 2010;

20  WHEREAS, Case Management Conferences in the *Weisblatt* and *Logan* actions are
21  scheduled for December 17, 2010 (*see* Order on Defendant AT&T Mobility LLC's Motion To
22  Compel Arbitration Or, In The Alternative, To Stay Case, dated October 18, 2010, *Weisblatt*
23  Dkt. No. 50, and Stipulation And Order Continuing November 19, 2010 Case Management
24  Conference To December 17, 2010, dated November 17, 2010, *Logan* Dkt. No. 46);

25  WHEREAS, *Osetek v. Apple Inc.* (N.D. Cal. Case No. 5:10-cv-04253-RMW) (the
26  "*Osetek* action") was filed on September 20, 2010, naming Apple as a defendant;

27  WHEREAS, by Order dated October 27, 2010, this Court related the *Osetek* action to the
28  *Weisblatt* action;

| | 1 | CASE NOS. 5:10-cv-02553-RMW, 5:10-cv-2588-RMW, 5:10-cv-4523-RMW |
|---|---|---|
| STIPULATION AND [] ORDER FOR CONSOLIDATION | | |

1    WHEREAS, the *Weisblatt*, *Logan*, and *Osetek* actions are all currently pending before this Court;

2    WHEREAS, on November 4, 2010, defendant Apple filed a Motion to Consolidate Related Actions (*Weisblatt* Dkt. No. 57; *Logan* Dkt. No. 42; *Osetek* Dkt. No. 12) ("Motion to Consolidate"), asking the Court to consolidate the *Weisblatt*, *Logan*, and *Osetek* actions for all purposes pursuant to Fed. R. Civ. P. 42, and the hearing on Apple's Motion to Consolidate is currently scheduled for January 7, 2011;

3    WHEREAS, on November 12, 2010, defendant AT&T Mobility filed its Notice of Joinder in Apple Inc.'s Motions to Consolidate Related Actions as to the two actions in which AT&T Mobility is named as a defendant, *Weisblatt* and *Logan* (*Weisblatt* Dkt. No. 59 and *Logan* Dkt. No. 45); and

4    WHEREAS, the *Weisblatt*, *Logan*, and *Osetek* actions arise from the same circumstances and allegations, and involve common questions of law and fact,

Plaintiffs in the *Weisblatt*, *Logan*, and *Osetek* actions, defendant Apple, and defendant AT&T Mobility, by and through their respective counsel, hereby stipulate as follows:

1. The *Weisblatt*, *Logan*, and *Osetek* actions shall be consolidated for all purposes, pursuant to Fed. R. Civ. P. 42(a). The case number for the consolidated proceedings shall be 5:10-cv-02553-RMW (the case number for the first-filed *Weisblatt* action).

2. Defendant Apple's pending Motion to Consolidate is dismissed as moot, and the January 7, 2011 hearing for Apple's Motion to Consolidate is vacated.

3. Defendant AT&T Mobility shall not be required to respond further to the complaints filed in the *Weisblatt* or *Logan* actions.

4. Plaintiffs shall file a consolidated master complaint ("Master Complaint") by no later than December 10, 2010.

5. Defendants Apple and AT&T Mobility shall file their responses to the Master Complaint by no later than January 14, 2011. To the extent that Apple and/or AT&T Mobility move to dismiss one or more of the claims alleged in the Master

Complaint: (a) Plaintiffs shall file their opposition(s) to any such motion(s) by no later than February 11, 2011; and (b) defendant(s) shall file their replies by no later March 4, 2010. Any such motions shall be heard by the Court on March 18, 2011 at 9:00 a.m.

6. The Case Management Conferences scheduled for December 17, 2010 in the *Weisblatt* and *Logan* actions are hereby taken off calendar. The Initial Case Management Conference in the consolidated action shall be held on March 18, 2011 at 10:30 a.m. or on such later date as the Court orders.

7. The Court's Order on Defendant AT&T Mobility's Motion to Compel Arbitration or, in the Alternative, to Stay Case, entered in the *Weisblatt* action on October 18, 2010 (*Weisblatt* Dkt. No. 50), shall be fully binding on the parties in the consolidated action. The parties agree that AT&T Mobility's right to seek to compel arbitration of the named plaintiff's claims in accordance with their arbitration agreements is preserved, and in particular agree that all arguments raised in AT&T Mobility's Motions to Compel Arbitration and to Dismiss Claims or, in the Alternative, to Stay Case, filed in the *Weisblatt* action (*Weisblatt* Dkt. No. 23) and *Logan* action (*Logan* Dkt. No. 32), shall be preserved as if such arguments were raised in the consolidated action.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated:  December 6, 2010 | ***Counsel for Weisblatt Plaintiffs:*** |
| 2 | | |
| 3 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 4 | | |
| 5 | | By:  */s/* Michael W. Sobol<br>          Michael W. Sobol<br>          *msobol@lchb.com* |
| 6 | | Roger N. Heller<br>*rheller@lchb.com* |
| 7 | | Allison Elgart<br>*aelgart@lchb.com* |
| 8 | | 275 Battery Street, 29th Floor<br>San Francisco, CA  94111-3339 |
| 9 | | Telephone:  (415) 956-1000<br>Facsimile:  (415) 956-1008 |
| 10 | Dated:  December 6, 2010 | ***Counsel for Logan Plaintiffs*** |
| 11 | | THE WESTON FIRM |
| 12 | | By:  */s/* Gregory S. Weston<br>          Gregory S. Weston |
| 13 | | *greg@westonfirm.com*<br>888 Turquoise Street |
| 14 | | San Diego, CA 92109<br>Telephone:  (858) 488-1672 |
| 15 | | Facsimile:  (480) 247-4553 |
| 16 | | Jack Fitzgerald |
| 17 | | *jack@westonfirm.com*<br>2811 Sykes Court |
| 18 | | Santa Clara, California 95051<br>Telephone:  (408) 459-0305 |
| 19 | Dated:  December 6, 2010 | ***Counsel for Osetek Plaintiffs*** |
| 20 | | SCHUBERT JONCKHEER & KOLBE LLP |
| 21 | | By:  */s/* Willem F. Jonckheer<br>          Willem F. Jonckheer |
| 22 | | wjonckheer@schubertlawfirm.com<br>Three Embarcadero Center |
| 23 | | Suite 1650<br>San Francisco, CA 94111 |
| 24 | | Telephone:  (415) 788-4220<br>Facsimile:  (415) 788-0161 |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| DATED:  December 6, 2010 | ***Counsel for Apple Inc.*** |
| | MORRISON & FOERSTER LLP |
| | By: /s/ Penelope A. Preovolos <br> Penelope A. Preovolos <br> ppreovolos@mofo.com <br> Andrew D. Muhlbach (CA SBN 175694) <br> amuhlbach@mofo.com <br> Heather A. Moser (CA SBN 212686) <br> hmoser@mofo.com <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone: 415.268.7000 <br> Facsimile: 415.268.7522 |
| DATED:  December 6, 2010 | ***Counsel for AT&T Mobility LLC*** |
| | CROWELL & MORING, LLP |
| | By: /s/ M. Kay Martin <br> M. Kay Martin (CSB No. 154697) <br> mmartin@crowell.com <br> 275 Battery Street, 23rd Floor <br> San Francisco, CA  94111 <br> Telephone: (415) 986-2800 <br> Facsimile: (415) 986-2827 <br><br> Kathleen Taylor Sooy <br> ksooy@crowell.com <br> 1001 Pennsylvania Avenue, NW <br> Washington, D.C. 20004 <br> Tel: (202) 624-2500 <br> Facsimile: (202) 628-5116 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 12/15/10

*Ronald M. Whyte* (signature)
_____
Hon. Ronald M. Whyte
United States District Judge